Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUSTIN THOMAS MILLER,               ) Case No. CV 08-3168-GAF(RC)
                                    )
          Petitioner,               )
vs.                                 )
                                    ) JUDGMENT
A. HEDGPETH, WARDEN,                )
                                    )
          Respondent.               )
_____)

   Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

   IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: 5/20/08

/s/ Gary A. Feess
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-3168.jud
5/14/08